UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                            Case No. 5:11-cr-18-Oc-31TBS

RICKY NORMAN SCHULTZ
_____/

ORDER

The Court scheduled a final revocation hearing in this case to occur on September 29, 2011 at 2:00 p.m. in the United States Courthouse, 207 NW 2nd Street, Ocala, Florida 34475. The Defendant was not present for the hearing. Defense counsel was uncertain whether he had notified his client about the hearing and the notice mailed by the Court directly to the Defendant went to an old address which the Defendant had previously updated with his United States Probation Officer. Under these circumstances, the Court determined to re-set the final revocation hearing and in the meantime directs Pretrial Services and/or the United States Probation Office to verify that Defendant, Ricky Norman Schultz has not absconded.

IT IS SO ORDERED.

ORDERED and ADJUDGED in Ocala, Florida on this 29th day of September, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Pretrial Services
    United States Probation Office